**United States District Court**

For the Northern District of California

1

2                           **\*E-FILED 04-22-2011\***

3

4

5

6

7                            NOT FOR CITATION

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 KATHY OBOT,                   No. C11-00566 HRL

12          Plaintiff,         **ORDER (1) VACATING APRIL 26, 2011**

13    v.                           **MOTION HEARING; AND (2)**
                                        **CONTINUING INITIAL CASE**

14 WELLS FARGO BANK, N.A., and DOES 1    **MANAGEMENT CONFERENCE**
THROUGH 50, inclusive,

15          Defendant.

16 _____/

17       Defendant's motion to dismiss (Docket No. 4) is deemed suitable for determination

18 without oral argument, and the April 26, 2011 motion hearing is vacated.  Civ. L.R. 7-1(b).

19       Additionally, the initial case management conference set for May 10, 2011 is continued

20 to **June 28, 2011, 1:30 p.m.** in Courtroom 2.  All related deadlines (see Docket No. 3, Order

21 Setting Initial Case Management Conference and ADR Deadlines) are adjusted accordingly.

22       SO ORDERED.

23 Dated:     April 22, 2011

24                                   _____

25                               HOWARD R. LLOYD
                              UNITED STATES MAGISTRATE JUDGE

26

27

28

1  5:11-cv-00566-HRL Notice has been electronically mailed to:

2  Donald John Querio     djq@severson.com

3  Jon David Ives     jdi@severson.com, klm@severson.com, vvv@severson.com

4  Wendell Jamon Jones     wjjones@hightechlawyer.net, lopezmarylou@rocketmail.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California