United States District Court
For the Northern District of California

**\*E-FILED 06-24-2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHY OBOT, | No. C11-00566 HRL |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RE CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO BANK, N.A. and DOES 1 through 50, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT the initial case management conference set for June 28, 2011 has been taken off calendar and will be re-set, as may be appropriate, after resolution of defendant's motion to dismiss.

Dated:   June 24, 2011

/s/
Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1  5:11-cv-00566-HRL Notice has been electronically mailed to:

2  Donald John Querio    djq@severson.com

3  Jon David Ives    jdi@severson.com, klm@severson.com, vvv@severson.com

4  Wendell Jamon Jones    wendell@wendelljoneslaw.com, perla@wendelljoneslaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28